# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

| | |
|---|---|
| **GEOSURFACES SOUTHEAST, INC., GEOSURFACES, INC., and POLYLOOM CORPORATION OF AMERICA d/b/a TENCATE GRASS** | )<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| | ) **CIVIL ACTION NO. 1:23-CV-00545-CCE-JLW** |
| **v.** | )<br>) |
| **KENNETH D. SMITH and BEYNON SPORTS SURFACES, INC.,** | )<br>)<br>) |
| **Defendants.** | ) |

## JOINT MOTION FOR ENTRY OF A CONSENT ORDER

Plaintiffs Geosurfaces, Inc., Geosurfaces Southeast, Inc. and Polyloom (collectively, "Plaintiffs") and Defendants Kenneth Smith ("Smith") and Beynon Sports Services, Inc. ("Beynon") (collectively, "Defendants"), (all such parties referenced as the "Parties"), through counsel, hereby file this Joint Motion requesting that the Court enter the attached Consent Order. In support of this Motion, the Parties state as follows:

1. This action concerns certain alleged unlawful conduct by Defendants related to agreements Defendant Smith entered into with or on behalf of Plaintiffs, which include his former employer and related entities. Plaintiffs seek injunctive relief and damages related to their allegations that Defendant Smith breached the restrictive covenants within such agreements and the Defend Trade Secrets Act, and Defendant Beynon tortuously interfered with such agreements. Defendants contest Plaintiffs' claims.

54538332 v1

2. To settle all pending claims, the Parties have entered into a settlement agreement resolving this lawsuit (herein the "Settlement Agreement").

3. Pursuant to such, the parties to the Settlement Agreement have agreed to the filing of this Motion requesting that this Court enter the attached Consent Order.

WHEREFORE, the Parties respectfully request that this Court approve of and enter the attached Consent Order.

Respectfully submitted this 11th day of July, 2024.

| | |
|---|---|
| */s/ Mignon A. Lunsford* | */s/ John Sanders, Jr.* |
| Mignon A. Lunsford | John Sanders, Jr. |
| NC Bar #46220 | TX Bar No. 24057036 |
| mlunsford@burr.com | Alexander Augustino Ingoglia |
| BURR & FORMAN LLP | TX Bar No. 24135809 |
| Two Hannover Square | Stacie C. Knight |
| 434 Fayetteville Street Suite 1730 | N.C. Bar No. 28482 |
| Raleigh, North Carolina 27601 | WINSTON & STRAWN, LLP |
| Telephone: (919) 334-4710 | 2121 N. Pearl Street, Suite 900 |
| Facsimile: (919) 573-0771 | Dallas, TX 75201 |
| | jsanders@winston.com |
| ***Local Civil Rule 83.1(d) Attorney for Plaintiffs*** | aingoglia@winston.com |
| | sknight@winston.com |
| | ***Attorneys for Beynon Sports Services, Inc.*** |
| | |
| */s/ Jon M. Gumbel* | |
| Jon M Gumbel | */s/ Denise S. Cline* |
| Georgia Bar #315195 | Denise S. Cline |
| jgumbel@burr.com | DENISE SMITH CLINE LAW OFFICES |
| BURR & FORMAN LLP | 16 N Boylan Ave. |
| 1075 Peachtree Street, NE, Suite 3000 | Raleigh, NC 27603 |
| Atlanta, Georgia 30309 | 919-602-6255 |
| Telephone: (404) 815-3000 | denise@dsclinelaw.com |
| Facsimile: (404) 817-3244 | ***Attorney for Kenneth D. Smith*** |
| ***Attorney for Plaintiffs*** | |