IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GEOSURFACES SOUTHEAST, INC., GEOSURFACES, INC., and POLYLOOM CORPORATION OF AMERICA d/b/a TENCATE GRASS<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH D. SMITH and BEYNON SPORTS SURFACES, INC.,<br><br>Defendants. | ) | 1:23-CV-545 |

**FINAL CONSENT ORDER AND JUDGMENT**

**GRANTING INJUNCTIVE RELIEF**

Plaintiffs Geosurfaces, Inc., Geosurfaces Southeast, Inc. and Polyloom Corporation of American d/b/a Tencate Grass (collectively, "Plaintiffs") and Defendants Kenneth Smith ("Smith") and Beynon Sports Services, Inc. ("Beynon", and together with Smith, "Defendants"), have entered into a confidential settlement agreement resolving the above-styled lawsuit (herein, the "Settlement Agreement").

In complete settlement of all claims asserted in this action, the parties to the Settlement Agreement have agreed to the entry of judgment as follows, and it is hereby ORDERED as follows:

**IT APPEARING THAT** Defendant Smith was employed by Plaintiff Geosurfaces, Inc. ("Geosurfaces") from on or about October 1, 2019 until Smith's resignation from Geosurfaces effective on or about February 16, 2023;

**IT APPEARING THAT** Smith executed a Sales Employment Agreement with and for the benefit of Plaintiffs effective as of October 1, 2019 (the "Sales Employment Agreement") and that this Sales Employment Agreement was renewed by Defendant Smith and Plaintiffs, on or about December 12, 2022. (The original and renewed Agreements are hereinafter collectively referenced as the "Employment Agreements" and attached hereto as **Exhibit A**).

**IT APPEARING THAT** the Employment Agreements contain certain post-employment covenants, including, but not limited to, prohibitions against Defendant Smith disclosing Plaintiffs' confidential information, competing with Plaintiffs, and/or soliciting Plaintiffs' customers and employees (Ex. A);

**IT APPEARING THAT** upon Defendant Smith's resignation from Plaintiffs' employment, Defendant Smith began employment with Defendant Beynon, a competitive business with Plaintiffs;

**IT APPEARING THAT** on June 30, 2023, Plaintiffs filed the Complaint ("Complaint") with this Court seeking injunctive relief, damages and punitive damages for alleged breach of contract and violation of the Defend Trade Secrets Act against Defendant Smith and for tortious interference against Defendant Beynon (the "Lawsuit");

**IT APPEARING THAT** Defendants filed timely responsive pleadings to said Complaint;

**IT APPEARING THAT** Defendants denied and continue to deny any and all of Plaintiffs' claims and deny that Plaintiffs are entitled to any relief whatsoever; and

**IT APPEARING THAT** Plaintiffs and Defendants have now agreed to the entry

of this Final Consent Order Granting Injunctive Relief ("Order") as part of a settlement and compromise agreement to fully resolve the claims, defenses and disputes between them relating to this Lawsuit; and

**IT APPEARING THAT** this Order is reasonable and appropriate in all respects.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.

Defendants Smith and Beynon are both hereby permanently enjoined from retaining, using or disclosing any of Plaintiffs' confidential, proprietary and/or trade secret information or any copies or duplicates thereof, including but not limited to: (a) all data from the USB drive on which Defendant Smith downloaded Plaintiffs' information and which Defendant Smith produced to Plaintiffs during the course of the Lawsuit; (b) any other documents or data which Defendant Smith obtained and retained from any of Plaintiffs' files, facilities, computer drives, or from Plaintiffs' network(s) or cloud storage(s) ("Subject Information"). Nothing herein shall be construed to prevent disclosure of such Subject Information as may be required by applicable law or regulation, or pursuant to the valid order of a court of competent jurisdiction or an authorized governmental agency, provided that the disclosure does not exceed the extent of disclosure required by such law, regulation or order. Defendants shall promptly and before disclosure, provide written notice of any such order to an authorized officer of Plaintiff Geosurfaces, Inc.

2.

Within thirty (30) days from the entry of this Order, Defendants are hereby ordered to return all such Subject Information (and any copies or duplicates thereof) to counsel of

record for Plaintiffs, Mr. Jon M. Gumbel, Burr & Forman LLP, 1075 Peachtree St., NW, Suite 3000, Atlanta, Georgia, 30363. Furthermore, both Defendants agree that within fourteen (14) days from the entry of this Order, Defendant Smith and a duly authorized executive of Defendant Beynon will provide Plaintiffs with fully executed declarations stating he and they have not disclosed or provided any such Subject Information to any third party.

3.

Within thirty (30) days from the entry of this Order, Plaintiffs are hereby ordered to return to Defendant Smith's counsel of record, Ms. Denise Cline at 16 North Boylan Avenue, Raleigh, North Carolina, 27603, any and all of Defendant Smith's personal data contained within the Subject Information and all copies or duplicates thereof.

4.

Within ten (10) days of the entry of this Order or as by Order of this Court, whichever is earlier, Plaintiffs shall dismiss the Lawsuit with prejudice; provided, however, this Court shall retain jurisdiction over this matter for purposes of enforcement of the injunctions and other terms set forth in this Order and any action at law or in equity seeking relief regarding an act or acts alleged to be in violation of this Order, which shall survive the dismissal of the Complaint.

5.

As of the effective date of this Order, the above-referenced Employment Agreements between Plaintiffs and Defendant Smith are null, void and no longer enforceable against Smith by Plaintiffs.

6.

Plaintiffs and Defendants expressly consent to this Court's jurisdiction and venue for the entry and enforcement of this Order.

**IT IS SO ORDERED AND ADJUDGED**, this 15th day of July, 2024.

____________________________________
CHIEF UNITED STATES DISTRICT JUDGE

[ACKNOWLEDGEMENTS OF ATTORNEYS AND PARTIES ON FOLLOWING PAGES]

WE ACKNOWLEDGE THE TERMS OF AND CONSENT TO THE FOREGOING ORDER:

*/s/ Mignon A. Lunsford*
Mignon A. Lunsford
NC Bar #46220
mlunsford@burr.com
BURR & FORMAN LLP
Two Hannover Square
434 Fayetteville Street Suite 1730
Raleigh, North Carolina 27601
Telephone: (919) 334-4710
Facsimile: (919) 573-0771
***Local Civil Rule 83.1(d) Attorney for Plaintiffs***

*/s/ John Sanders, Jr.*
John Sanders, Jr.
TX Bar No. 24057036
Alexander Augustino Ingoglia
TX Bar No. 24135809
Stacie C. Knight
N.C. Bar No. 28482
WINSTON & STRAWN, LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
jsanders@winston.com
aingoglia@winston.com
sknight@winston.com
***Attorneys for Beynon Sports Services, Inc.***

*/s/ Jon M. Gumbel*
Jon M Gumbel
Georgia Bar #315195
jgumbel@burr.com
BURR & FORMAN LLP
1075 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244
***Attorney for Plaintiffs***

*/s/ Denise S. Cline*
Denise S. Cline
DENISE SMITH CLINE LAW OFFICES
16 N Boylan Ave.
Raleigh, NC 27603
919-602-6255
denise@dsclinelaw.com
***Attorney for Kenneth D. Smith***